Opinion issued May 7, 2024



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-22-00889-CV**

———————————

**LAKEITH R. AMIR-SHARIF, Appellant**

**V.**

**ANGELA D. ALLEN, ET AL., Appellees**

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Case No. 67247I**

---

**MEMORANDUM OPINION**

Appellant, Lakeith R. Amir-Sharif, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary

dismissal of case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.